UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Ricardo Gonzalez
                        Plaintiff,

v.                                               Case No.: 1:16−cv−08012
                                              Honorable Andrea R. Wood

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 27, 2018:

       MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, Plaintiff's motion to declare the Court's March 30, 2018 order void [129] and amended motion requesting that the Court declare and vacate its prior March 30, 2018 order [132] are denied. Plaintiff motion for extension of time to file amended complaint [135] is granted in part. Plaintiff's second amended complaint shall be filed by 12/21/2018. This is a firm deadline. No further extensions will be granted. Status hearing set for 1/9/2019 at 12:30 PM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.