IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICARDO GONZALEZ, | ) | |
| | ) | Case No. 16 C 8012 |
| Plaintiff, | ) | |
| | ) | Judge Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY DEMAND |

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE
THEIR RESPECTIVE RESPONSIVE PLEADINGS UNTIL THIRTY-DAYS AFTER
COURT'S ANTICIPATED RULING**

All Defendants, jointly through their respective undersigned counsel, respectfully requests that this Court extend the time for all Defendants to answer or otherwise plead to Plaintiff's Corrected Second Amended Complaint (ECF 170). In support of this motion, Defendants jointly state as follows:

**Procedural History**

1. The above captioned case has an extensive procedural history.

2. On August 10, 2016, Plaintiff filed his initial complaint. ECF 1.

3. All named and served Defendants filed Rule 12 motions as to Plaintiff's initial complaint. *See* ECF 20 (Defendants' FOP and Ray Casiano, Jr. Rule 12 Motion); *see* ECF 25 (Defendants' City of Chicago, Lakenya White, Max Caproni Rule 12 Motion); *see* ECF 30 and 39 (Defendants' Jacqueline Ellison, John Escalante, Eddie Johnson, Garry McCarthy, Donald O'Neill, Juan Rivera, Eugene Williams Rule 12 Motion); and *see* ECF 32 (Defendants' Don Devito and Don Devito's Partial Rule 12 Motion).

1

4. On March 30, 2018, the Court ruled on the Defendants' respective Rule 12 motions. ECF 110.

5. On July 16, 2018, Plaintiff filed a motion which, in part, sought relief from the Court's March 30, 2018 ruling. ECF 129 and 133.

6. On August 2, 2018, Defendants Fraternal Order of Police and Ray Casiano, Jr. filed a Motion for Sanctions against Plaintiff. ECF 136. This motion is still pending.

7. On November 27, 2018, the Court denied Plaintiff's July 16, 2018 motion. ECF 163.

8. After multiple extensions by the Court, Plaintiff finally filed his Corrected Second Amended Complaint on January 9, 2019. ECF 170.

**January 9, 2019 Status Hearing**

9. On January 9, 2019, Defendants requested that the Court perform an initial review of Plaintiff's 100-page complaint to determine whether it complied with Rule 8 and the Court's prior rulings prior to Defendants having to file a response. *See* Exhibit A, Status Hearing Transcript for January 9, 2019, 4:4-6:11.

10. In setting a responsive pleading date, the Court noted the following: "Defendants shall respond or otherwise plead by March 4th. I will also take a look at the complaint, and if I take any action with respect to it I'll do it within the next two weeks." *See* Exhibit A, 11:11-14.

11. Defendants seek clarification as to whether the Court will be issuing an opinion as to Plaintiff's Corrected Second Amended Complaint.

12. Undersigned defense counsel Bereyso notes this extension is also requested on his client's behalf due to his current case schedule.

13. Undersigned defense counsel Hlavin notes this extension is also requested on his client's behalf due to its recently filed Second Motion for Sanctions against Plaintiff. *See* ECF 172-174.

14. Furthermore, if the Court is still evaluating its position, Defendants respectfully request an extension of time to file all respective responsive pleadings for thirty (30) days after the Court's anticipated rulings as to the two pending Motions for Sanctions and the Court's initial review, and/or from the date that the Court alerts the parties that it will not take action with the complaint prior to responsive pleadings being filed. Defendants ask that this extension apply to all Defendants.

15. Defendants file the instant motion in an effort to preserve judicial resources in the anticipated Rule 12 motions.

**WHEREFORE**, Defendants respectfully request an extension of time to file all responsive pleadings for thirty (30) days after the Court's anticipated ruling.

**Dated: February 22, 2019**          Respectfully submitted,

***COUNSEL FOR DEFENDANTS JACQUELINE ELLISON, JOHN ESCALANTE, EDDIE JOHNSON, GARRY MCCARTHY, DONALD O'NEILL, JUAN RIVERA, EUGENE WILLIAMS***

*/s/ Melissa F. Gold*
MELISSA F. GOLD
Assistant Corporation Counsel

City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 North LaSalle Street Suite 900
Chicago, IL 60602
(312) 744-8364
Melissa.Gold@cityofchicago.org

        *COUNSEL FOR DEFENDANTS DON A. DEVITO, ANDRES ZAYAS, JR.*

        */s/ Marion Moore*
        MARION MOORE
        Assistant Corporation Counsel Supervisor

MARION MOORE, Assistant Corporation Counsel Supervisor
MARY KATHERINE MCCLELLAND, Assistant Corporation Counsel
LANIYA MOORE, Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 North LaSalle Street Suite 900
Chicago, IL 60602
(312) 744-5170
Marion.Moore@cityofchicago.org
Kate.McClelland@cityofchicago.org
Laniya.Moore@cityofchicago.org

        *COUNSEL FOR DEFENDANTS CITY OF CHICAGO, MAX CAPRONI*

        */s/ Mark Bereyso*
        MARK BEREYSO
        Assistant Corporation Counsel

MARK BEREYSO, Assistant Corporation Counsel
RENA HONOROW, Assistant Corporation Counsel
SUSAN O'KEEFE, Deputy Corporation Counsel
City of Chicago Department of Law
Employment Litigation Division
30 North LaSalle Street Suite 1020
Chicago, IL 60602
(312) 744-6951
Mark.Bereyeso@cityofchicago.org
Rena.Honorow@cityofchicago.org
Susan.O'Keefe@cityofchicago.org

        *COUNSEL FOR DEFENDANTS FRATERNAL ORDER OF POLICE, CHICAGO LODGE NO. 7, RAY CASIANO, JR.,*

        */s/ Brian C. Hlavin*
        BRIAN C. HLAVIN

BRIAN C. HLAVIN

4

CATHERINE MARIE CHAPMAN
PASQALE ANGELO FIORETTO
Baum Sigman, Auerbach, & Neuman, Ltd.
200 West Adams Street, Suite 220
Chicago, IL 60606
(312) 216-2567
BHlavin@baumsigman.com
CChapman@baumsigman.com
PFioretto@baumsigman.com